UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA HERNANDEZ ANCELMO,<br><br>Petitioner,<br><br>v.<br><br>ERNESTOI SANTACRUZ, et al.,<br><br>Respondents. | No. 1:26-cv-03910-DJC-CSK<br><br><br>ORDER |

On May 20, 2026, Petitioner filed a Petition for Writ of Habeas Corpus (ECF No. 1) seeking release from the custody of United States Immigration and Customs Enforcement. Based on the information in the Petition, the Court informed the Parties that it intended to rule directly on the merits of the Petition and directed Respondents to file an Opposition and Petitioner to file a Reply. (ECF No. 3.) Respondents filed an Opposition indicating that contrary to the assertions in the Petition, Petitioner was subject to mandatory detention under 8 U.S.C. § 1226(c)(1)(E). (ECF No. 4.) Petitioner has not filed a Reply or any other response contesting that she is not subject to mandatory detention under section 1226(c). In the absence of any evidence to the contrary, it appears Petitioner's detention is mandatory and he is not entitled to release from custody.

Accordingly, the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.  The Clerk of the Court is directed to close this case.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2